**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**DERRICK BROOKS,**

                **Plaintiff,**         **9:09-cv-743
                                                      (GLS/RFT)**

                **v.**

**MICHAEL HOGAN,** Commissioner,
O.M.H., **et al.,**

                **Defendants.**
_____

**APPEARANCES:**                        **OF COUNSEL:**

**FOR THE PLAINTIFF:**
Derrick Brooks
Pro Se
#172543
Central New York Psychiatric Center
P.O. Box 300
Marcy, NY 13403

**FOR THE DEFENDANTS:**
HON. ERIC T. SCHNEIDERMAN      DOUGLAS J. GOGLIA
New York State Attorney General      Assistant Attorney General
The Capitol
Albany, NY 12224

**Gary L. Sharpe
Chief Judge**

## MEMORANDUM-DECISION AND ORDER

### I. Introduction

Plaintiff *pro se* Derrick Brooks commenced this action under 42

U.S.C. § 1983, alleging that his constitutional rights were violated when he was strip-searched at the Central New York Psychiatric Center (CNYPC), where he resides. (Am. Compl., Dkt. No. 31.) Following dismissal of several defendants and causes of action, (*see* Dkt. Nos. 26, 34), the remaining defendants moved for summary judgment pursuant to Fed. R. Civ. P. 56, (*see* Dkt. No. 60). In a Report-Recommendation and Order (R&R) dated January 31, 2013, Magistrate Judge Randolph F. Treece recommended that defendants' motion be granted.[1] (*See* Dkt. No. 67.) Pending is Brooks' objection to the R&R. (*See* Dkt. No. 69.) For the reasons that follow, the R&R is adopted in its entirety.

## II. Standard of Review

Before entering final judgment, this court routinely reviews all report and recommendation orders in cases it has referred to a magistrate judge. If a party has objected to specific elements of the magistrate judge's findings and recommendations, this court reviews those findings and recommendations *de novo*. *See Almonte v. N.Y. State Div. of Parole*, No. 04-cv-484, 2006 WL 149049, at *6-7 (N.D.N.Y. Jan. 18, 2006). In those

---

[1] The Clerk is directed to append the R&R to this decision, and familiarity therewith is presumed.

cases where no party has filed an objection, or only a vague or general objection has been filed, this court reviews the findings and recommendations of the magistrate judge for clear error.[2] *See id.*

### III. Discussion

Despite being filed as an objection to Judge Treece's R&R, Brooks' March 12, 2013 submission is, in fact, a near-verbatim recitation of his earlier-filed response in opposition to defendants' motion for summary judgment. (*Compare* Dkt. No. 65, *with* Dkt. No. 69.) As such, Brooks' "objection" is insufficient to compel *de novo* review. Having reviewed Judge Treece's R&R for clear error, and finding none, the court accepts and adopts the R&R in its entirety.

### IV. Conclusion

**WHEREFORE**, for the foregoing reasons, it is hereby

**ORDERED** that Magistrate Judge Treece's January 31, 2013 Report-Recommendation (Dkt. No. 67) is **ADOPTED** in its entirety; and it is further

**ORDERED** that defendants' motion for summary judgment (Dkt. No. 60) is **GRANTED**; and it is further

---

[2] "[A] report is clearly erroneous if the court determines that there is a mistake of fact or law which is obvious and affects substantial rights." *Almonte*, 2006 WL 149049, at *6.

3

**ORDERED** that Brooks' Amended Complaint (Dkt. No. 31) is **DISMISSED**; and it is further

**ORDERED** that the Clerk close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Memorandum-Decision and Order to the parties.

**IT IS SO ORDERED.**

March 28, 2013
Albany, New York

*Gary L. Sharpe*
Chief Judge
U.S. District Court